**Order filed, May 20, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00373-CR
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**JASPER ROBIN CHEN, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 16**
**Harris County, Texas**
**Trial Court Cause No. 2233753**

---

## ORDER

The reporter's record in this case was due **May 13, 2019**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Mabarak Oladejo**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM